**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ADORN, LLC, a Delaware Limited Liability Company,** | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:06-cv-115 (HL) |
| | : | |
| **LAKESIDE PARK HOMES, INC., a Georgia Corporation,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

_____

## ORDER

A Plea of Bankruptcy (Doc. 8) was filed on September 25, 2007, on behalf of Defendant Lakeside Park Homes, Inc. The Plea of Bankruptcy states that on July 18, 2007, Defendant filed a petition for relief under Chapter 7 of the Bankruptcy Code, Case No. 07-12173 in the United States Bankruptcy Court, Western District of Tennessee.

The filing of a petition for relief under Chapter 7 of the Bankruptcy Code "operates as a stay, applicable to all entities, of—(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 U.S.C.A. § 362(a) (West 2006). Therefore, Defendant's filing of a petition for relief under Chapter 7 serves to stay the continuation of this case as to it.

In view of the fact that Lakside Park Homes, Inc. is the only Defendant in this case, and in view of the fact that this case cannot proceed as to it, the Court finds it appropriate, and does hereby direct the Clerk, to close this file.  It is further ordered that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of any party if circumstances change so that the action may proceed to final disposition.  This order shall not prejudice the rights of the parties to this litigation.

**SO ORDERED**, this the 15th day of October, 2007.


_s/  Hugh Lawson_
**HUGH LAWSON**

mls